IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Donald Ray Lewis, Jr., : | |
| Plaintiff : | Civil Action 2:12-cv-00573 |
| v. : | Judge Smith |
| Warden, Chillicothe Correctional Institution, *et al.*, : | Magistrate Judge Abel |
| Defendants | |
| : | |

**ORDER**

Plaintiff Donald Ray Lewis, Jr., a state prisoner, brings this action alleging that defendants denied him proper treatment for his cancer. This matter is before the Court on the Magistrate Judge Abel's June 28, 2012 Initial Screening Report and Recommendation recommending dismissal of the complaint. No objections have been filed.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DISMISSES** the complaint for failure to state a claim under 42 U.S.C. § 1983. This action is hereby **DISMISSED.**

    /S/ George C. Smith

George C. Smith
United States District Judge